KURT F. NOTHHELFER et al., Copartners Doing Business under the Name of ALLIED ELECTRICAL CONTRACTING Co., Appellants, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Respondent.

Argued May 28, 1951; decided July 11, 1951.

*Michael Goldberg* for appellants.

*David S. Konheim* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.